UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-20039-Civ-UNGARO/OTAZO-REYES

PINES NURSING HOME (77), INC., a Florida
corporation d/b/a PINES NURSING HOME,
individually and on behalf of all others
similarly situated,

      Plaintiff,

v.

REHABCARE GROUP, INC., a Delaware
Corporation, and CANNOT & ASSOCIATES,
LLC, a Delaware limited liability corporation,
d/b/a/ Polaris Group

      Defendants.
_____/

## OMNIBUS DISCOVERY ORDER

THIS CAUSE came before the Court upon the following discovery motions:

1. Plaintiff Pines Nursing Home (77), Inc.'s ("Pines") Motion to Compel Defendant Cannon & Associates, LLC d/b/a Polaris Group ("Polaris") Answers to Interrogatories (hereafter, "Motion to Compel Polaris") [D.E. 44];

2. Pines' Motion to Compel Defendant RehabCare Group, Inc. ("Rehab") to Provide Answers to Interrogatories (hereafter, "Motion to Compel Rehab") [D.E. 45];

3. Pines' Motion to Compel Responses by Rehab and Polaris to Requests for Production of Documents (hereafter, "Motion to Compel Defendants") [D.E. 49]; and

4. Defendants' Motion to Compel Deposition of Pines Rule 30(b)(6) Representative (hereafter, "Motion to Compel Deposition") [D.E. 61].

These motions were referred to the undersigned by the Honorable Ursula Ungaro, United States

District Judge, pursuant to Title 28, United States Code, Section 636 [D.E. 47, 52,63]. The undersigned held a telephonic hearing on these motions on April 24, 2014. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Pines' Motion to Compel Polaris, Motion to Compel Rehab, and Motion to Compel Defendants are GRANTED IN PART as follows.

- By **May 2, 2014**, Polaris shall serve upon Pines amended sworn answers to Interrogatories Nos. 2, 3, 4, 5, 6 and 7 and Rehab shall serve upon Pines amended sworn answers to Interrogatories Nos. 2, 3, 6 and 7. Each of the amended answers to Interrogatories Nos. 3, 4, 5, 6 and 7 shall include a list of the bates numbers of the documents that Defendants are producing in response to these interrogatories pursuant to Fed. R. Civ. P. 33(d).

- By **May 2, 2014**, Defendants shall supplement their responses to Requests for Production Nos. 2.1, 2.2, 2.3-2.6, 3.1-3.7, 4.1-4.3, 5.1-5.2, and 8.1-8.4. With regard to Request for Production No. 2.2, Defendants' supplementation that is due by May 2nd shall be limited to documents from custodian Charles Cave. The parties shall confer thereafter regarding production of documents from the following additional custodians: Zsa Zsa Cusseaux, Kelly Gouker, Danielle Holland and Alisha Wibeck. With regard to Requests for Production Nos. 8.1-8.4, production of organization charts is limited to the period from January 1, 2010 to the present.

- The motions are DENIED as moot with regard to Interrogatory No. 8 and Requests for Production Nos. 1.1 and 7.1.

It is further

ORDERED AND ADJUDGED that Defendants' Motion to Compel Deposition is DENIED IN PART as moot, with respect to the request that Pines produce a supplemental Rule 30(b)(6) representative, given that Defendants withdrew that portion of their motion and that the deposition took place on April 24, 2014. The motion is otherwise DENIED without prejudice. Defendants may seek relief upon appropriate motion with regard to the April 24th deposition, particularly as to the regulatory action documents that the Rule 30(b)(6) deponent purportedly reviewed prior to the deposition, if appropriate.

DONE AND ORDERED in Chambers, at Miami, Florida, this 24th day of April 2014.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Ursula Ungaro
Counsel of Record