UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:14-cv-20039-UU

PINES NURSING HOME (77), INC,

    Plaintiff,

v.

REHABCARE GROUP, INC., *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On March 24, 2014, the parties filed a Joint Notice of Selection of Mediator, D.E. 36, notifying the Court that the parties had selected a mediator. It has been over a month since that Notice and the parties have still not filed a proposed order scheduling mediation or otherwise informing the Court of when the mediation will take place. Accordingly it is

ORDERED AND ADJUDGED that Plaintiff SHALL show cause in writing, by **Tuesday, May 6, 2014**, why the parties have not yet scheduled their mediation. Alternatively, the parties may agree to a mediation date and submit a proposed order scheduling mediation by that date. **Failure to comply with this order may result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers, Miami, Florida, this 29th day of April, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record