UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-20039-Civ-UNGARO/OTAZO-REYES

PINES NURSING HOME (77), INC., a Florida
corporation d/b/a PINES NURSING HOME,
individually and on behalf of all others
similarly situated,

    Plaintiff,

v.

REHABCARE GROUP, INC., a Delaware
Corporation, and CANNON & ASSOCIATES,
LLC, a Delaware limited liability corporation,
d/b/a/ Polaris Group

    Defendants.
_____/

## ORDER RE: D.E. 77

THIS CAUSE came before the Court upon Defendants RehabCare Group, Inc. and Cannon & Associates, LLC d/b/a Polaris Group ("Defendants") Motion to Compel Production of Documents (hereafter, "Motion to Compel") [D.E. 77]. This matter was referred to the undersigned by the Honorable Ursula Ungaro, United States District Judge, pursuant to Title 28, United States Code, Section 636 [D.E. 78]. The undersigned held a hearing on the Motion to Compel on May 16, 2014. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Defendants' Motion to Compel is GRANTED IN PART. By **May 23, 2014**, Plaintiff Pines Nursing Home (77), Inc.'s ("Pines") SHALL PRODUCE the documents reviewed by its Rule 30(b)(6) deponent related to regulatory/administrative matters numbers: NH-16782; and AHCA 2013-013207. Defendants' Motion to Compel is DENIED without prejudice as to their request for production of documents

reviewed by Pines' Rule 30(b)(6) deponent related to regulatory/administrative matter number DOAH 13-004678MPI, which Pines advises is closed and its records sealed. Defendants may renew their request for production of these latter documents upon a showing of exceptional necessity or extraordinary circumstances.

DONE AND ORDERED in Chambers, at Miami, Florida, this 16th day of May, 2014.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   U.S. District Judge Ursula Ungaro
      Counsel of Record