UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:14-20039-Civ-UNGARO/OTAZO-REYES

PINES NURSING HOME (77), INC.,

   Plaintiff,

v.

REHABCARE GROUP, INC., et al.,

   Defendants.
_____/

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS, MOTION TO COMPEL IDENTIFICATION OF ALLEGEDLY CONFIDENTIAL DOCUMENTS, AND FOR SANCTIONS**

      Defendants RehabCare Group, Inc. and Cannon & Associates, LLC d/b/a Polaris Group (collectively "Defendants") hereby give notice of their withdrawal of the Defendants' Motion to Compel Production of Documents, Motion to Compel Identification of Allegedly Confidential Documents, and for Sanctions [DE 109], filed on June 14, 2014, without prejudice.

      Respectfully submitted,

/s/ Amanda Star Frazer
Jon M. Wilson (139892)
jwilson@broadandcassel.com
Rhett Traband, P.A. (0028894)
rtraband@broadandcassel.com
Amanda Star Frazer (43921)
afrazer@broadandcassel.com
Broad and Cassel
2 South Biscayne Boulevard, 21st Floor
Miami, Florida 33131
Telephone: 305.373.9400
Facsimile: 305.373.9443
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on **June 23, 2014** which will send a notice of electronic filing to:

**Frank F. Owen**
Frank F. Owen & Associates, P.A.
1091 Ibis Avenue
Miami Springs, FL 33166
Telephone: 954.964.8000
Facsimile: 305.672.0804
FFO@CastlePalms.com

**Joel S. Magolnick**
magolnick@mm-pa.com
**Veronica Mae Puntillo**
puntillo@mm-pa.com
Marko & Magolnick, P.A.
3001 S.W. 3rd Avenue
Miami, FL 33129
Telephone: 305.285.2000
Facsimile: 305.285.5555

**C. Darryl Cordero**
cdc@paynefears.com
**Matthew K. Brown**
mkb@paynefears.com
Law Offices of Payne & Fears, LLP
801 S. Figueroa Street
Suite 1150
Los Angeles, CA 90017
Telephone: 203.439.9911

**Scott Z. Zimmermann**
Law Offices of Scott Z. Zimmermann
601 S. Figueroa Street
Suite 2610
Los Angeles, CA 90017
Telephone: 213.452.6509
szimm@zkcf.com

/s/ Amanda Star Frazer
Amanda Star Frazer